UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEMAL OZDEMIR,                          *
                                        *
        Plaintiff,                      *
                                        *
        v.                              *        Civil Action No. 1:25-cv-13758-IT
                                        *
PAMELA BONDI, et. al.,                  *
                                        *
        Defendants.                     *

ORDER

May 18, 2026

TALWANI, D.J.

On May 7, 2026, the court ordered Plaintiff Kemal Ozdemir to show cause by May 14, 2026, as to why Defendants' Motion to Dismiss [Doc. No. 8], filed February 16, 2026, should not be granted as unopposed. See Elec. Order [Doc. No. 10]. Where Plaintiff has not filed a response, Defendants' Motion to Dismiss [Doc. No. 8] is GRANTED as unopposed, Plaintiff's Complaint [Doc. No. 1] is dismissed, and this case is CLOSED.

        IT IS SO ORDERED.

                                              /s/ Indira Talwani
                                              United States District Judge